UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KIM AVARA INZINNA                                                                                    PLAINTIFF

V.                                                                       CIVIL ACTION NO. 3:24-CV-358-DPJ-ASH

PATRICIA CHINNICI                                                                                    DEFENDANT

ORDER

Defendant Patricia Chinnici asks the Court to permit her to attend the November 6, 2025 settlement conference remotely via videoconference, citing the inconvenience of air travel from her home in Corona Del Mar, California "some 1,800 miles from Jackson, Mississippi." Mot. [20] ¶ 3. Chinnici explains that she "has challenged the jurisdiction of the Court" since "the outset of this litigation" and notes that she "has never been to the state of Mississippi." *Id.* ¶ 2. She also observes that, due to the government shutdown, many travelers are presently experiencing "flight delays and flight cancellations." *Id.* ¶ 4.

Local Rule 83.7(g)(3) provides the general rule that "[a]ll parties . . . must appear in person at the . . . settlement conference . . . unless excused in advance by the court." The Court finds Chinnici has not presented good cause to excuse her in-person participation in the settlement conference. Starting with her reference to her personal-jurisdiction objections, she filed a motion to dismiss on this basis; the Court denied it. Order [11]. As to the inconvenience of having to travel to attend the conference, in the undersigned's experience, air travel to attend settlement conferences is a common experience among litigants and does not warrant remote attendance. The Court stands by its Order requiring in-person attendance by both parties at the settlement conference; Chinnici's motion [20] is denied. *See* Oct. 21, 2025 Text-Only Order.

Chinnici is reminded that "fail[ure] to appear" at the settlement conference in person will result in "appropriate sanctions" under Local Rule 83.7(h).

**SO ORDERED AND ADJUDGED** this the 31st day of October, 2025.

s/ *Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE
